FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 JUL 26 A 11 05

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WILLIE MAYS,

    Plaintiff,

vs.

DANIEL CUNNINGHAM, Chief Counsel,
and CATHY REYNOLDS, Mail Room,

    Defendants.

CIVIL ACTION NO. CV603-137

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, an inmate currently incarcerated at Macon State Prison in Oglethorpe, Georgia, has filed an action pursuant to 42 U.S.C. § 1983 contesting events which allegedly occurred during his confinement at Smith State Prison in Glennville, Georgia. Defendants filed a Motion for Summary Judgment. Plaintiff filed a Cross-Motion for Summary Judgment[1] to which Defendants filed a Response.

In their motion for summary judgment, Defendants have addressed the claim that they "improperly held and/or destroyed [Plaintiff's] outgoing legal mail." (Dkt. No. 64, p. 1.) Plaintiff has addressed the same claim in his Cross-Motion for Summary Judgment. This is *not* the issue upon which Defendants were served.[2] Because the parties have not

---

[1] Plaintiff has styled his response to Defendants' motion for summary judgment "Motion For Summary Judgment." Based upon the content of this document, the Court construes it as both a Response to Defendants' motion and a cross-motion for summary judgment. (Dkt. No. 75.)

[2] By Order dated September 28, 2004, the parties were informed that the basis upon which Defendants were served was Plaintiff's claim that they had "opened his outgoing legal mail." (Dkt. No. 57, p. 1.)

addressed the issue before the Court, neither party has shown that they are entitled to summary judgment.

Based on the foregoing, it is my **RECOMMENDATION** that Defendants' Motion for Summary Judgment (Dkt. No. 63) and Plaintiff's Cross-Motion for Summary Judgment (Dkt. No. 75) be **DENIED**.

**SO REPORTED AND RECOMMENDED**, this 26th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)