FILED
U.S. DISTRICT COURT
DIV.

9 20

OF GA.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

WILLIE MAYS,

    Plaintiff,

vs.

DANIEL CUNNINGHAM, Chief Counsel,
and CATHY REYNOLDS, Mail Room,

    Defendants.

CIVIL ACTION NO. CV603-137

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff contends that his Cross-Motion for Summary Judgment[1] should be granted because Defendants are "not telling the tru[th] in their motion for summary judgment." (Doc. No. 87, p.2.) Plaintiff alleges that Defendants Cunningham and Reynolds conspired against him and provided their attorney with false statements. Plaintiff argues that the Magistrate Judge did not read the evidence in a light most favorable to him.

---

[1] Plaintiff styled his response to Defendants' Motion for Summary Judgment "Motion for Summary Judgement." Based upon the content of this document, the Court construed it as both a Response to Defendants' Motion and a Cross-Motion for Summary Judgment. (Doc. No. 75.)

Plaintiff's Objections do not discuss the primary rationale of the Magistrate Judge's Report. The Magistrate Judge found Plaintiff's Cross Motion non-responsive to the issue before the Court. Read in a light most favorable to the Plaintiff, the record does not support his Cross-Motion for Summary Judgment. In addition, Plaintiff's allegations of false statements by Defendants are factually unsupported.

Defendants object to the Magistrate Judge's Report because they contend that Plaintiff's Complaint focuses on "the destruction and failure to process [Plaintiff's] outgoing legal mail." (Doc. No. 88, p. 2.) Defendants generally assert that the Magistrate Judge did not serve the correct claim and that their Motion for Summary Judgment should be granted. However, Defendants aver that even if their Motion addressed the wrong claim, the Magistrate Judge's Report did not address whether Plaintiff alleged a physical injury as required by 42 U.S.C. § 1997e(e). Defendants request an additional thirty (30) days to amend their Motion for Summary Judgment to address the claim served on the Plaintiff.

Defendants Motion for Summary Judgment did not address Plaintiff's claim that Defendants "opened [Plaintiff's] outgoing legal mail." (Doc. No. 57.) This was the sole issue before the Court. It was unnecessary for the Magistrate Judge to address their physical injury argument. The Court will not permit Defendants to amend their Motion for Summary Judgment to address this claim. However, the Court grants Defendants leave to file a renewed Motion for Summary Judgment addressing the issue pending before the Court.

AO 72A
(Rev. 8/82)

Plaintiff's Objections are without merit. Likewise, Defendants Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendants' Motion for Summary Judgment (Doc. No. 63) is **DENIED**. Plaintiff's Cross-Motion for Summary Judgment (Doc. No. 75) is **DENIED**.

**SO ORDERED**, this 28 day of August, 2005.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

Willie Mays )

vs ) CASE NUMBER CV603-137

Daniel Cunningham, et al. ) DIVISION Statesboro

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/30/05, which is part of the official record of this case.

Date of Mailing: 8/30/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

**Name and Address**

Willie Mays GDC408199 Macon State Prison P.O. Box 426 Oglethorpe, GA 30168
Andrew Marshall Magruder Magruder and Owen 2914A Professional Pkwy August, GA 30907
Jesse Weatherspoon Owen Magrudge and Owen 2914A Professional Pkwy. Augusta, GA 30907

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate